**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-30183

(Summary Calendar)
_____

JEFFERY ARDOIN,

                              Plaintiff-Appellant,

versus

FORMOSA     PLASTICS      CORPORATION,
LOUISIANA ET AL,

                              Defendants.

J E MERIT CONSTRUCTORS, INC;
INSURANCE COMPANY OF NORTH AMERICA

                              Intervenors-Plaintiffs-
                         Appellants,

versus

FORMOSA PLASTICS CORPORATION,
LOUISIANA,

                              Intervenor-Defendant-
                              Appellee.

_____

Appeal from the United States District Court
For the Middle District of Louisiana
_____

September 17, 1996
Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Plaintiff Jeffery Ardoin appeals from the district court's ruling granting Defendant Formosa Plastics Corporation's motion for summary judgment. After a careful review of the record and the relevant case law, we AFFIRM for essentially the reasons stated in the district court's opinion.

---

[*] Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

-2-